**WALLING v. John J. BOLAND et al.**

**SAME v. BROWN STEAMSHIP CO.**

**SAME v. BISON STEAMSHIP CORPORATION.**

**SAME v. SHASTA STEAMSHIP CO.**

Civil Actions Nos. 2080–2083.

District Court, W. D. New York.

April 13, 1945.

KNIGHT, District Judge.

The decision in Walling v. American S. S. Co., 4 F.R.D. 355, is applicable to the motions in the above cases submitted herewith.